

RUTH ELIN AUERBACH (SBN 104191)
Attorney at Law
77 Van Ness Avenue, Suite 201
San Francisco, CA 94102
Telephone: (415) 722-5596
Facsimile: (415) 731-9982
e-mail: attorneyruth@sbcglobal.net

Attorney for Debtor, RICHARD CHIU

The following constitutes the order of the Court.
Signed: January 31, 2019



_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re ) Case No.: 17-42473 RLE
) Chapter 11
RICHARD CHIU, )
) **ORDER GRANTING**
Debtors. ) **MOTION TO VALUE AND TO AVOID**
) **JUDGMENT LIENS OF MIKE ROSEN**
) **AND PATRICK MACINTYRE**

    The Debtor having filed his Motion to Value and to Avoid the Judgment Liens of Mike Rosen and Patrick MacIntyre on the Debtor's real property commonly described as and to Value Real Property Collateral commonly described as 2329-2331 Balboa Street, San Francisco, California, and no objection to the motion having been filed, the Court having reviewed the Motion and supporting pleadings, and the Motion appearing proper:

    IT IS HEREBY ORDERED as follows:

    1. The value of the debtor's real property at 2329-2331 Balboa Street, San Francisco, California, APN Lot 024, Block 1620 ("the Property") as of December 12, 2018 and for purposes of the Debtor's Chapter 11 Plan, is $1,600,000;

ORDER GRANTING DEBTORS'
MOTION TO VALUE COLLATERAL AND
AVOID LIENS

- 1 -

2. (a) The judgment lien recorded on behalf of Spondulix Company, Inc., Recorded September 13, 2012 as Instrument No. 2012-300417, in the amount of $872,304.95; and the judgment lien recorded by Mike Rosen on April 5, 2013 as Instrument No. 2013-124223 and again on May 13, 2013 as Instrument No. 2013-172381, each also in the amount of $872,304.95 for purposes of this Chapter 11 case, is valued pursuant to 11 U.S.C. §506(a) and F.R.B.P 3012 at $0.00, and that Mike Rosen consequently does not have a secured claim based upon any of these liens;

(b) The judgment lien recorded on behalf of First American Title Insurance Company, Recorded January 11, 2013, as Instrument No. 2013-20138 in the amount of $200,000, purchased by Patrick McIntyre on or about October 21, 2015 in the amount of $200,000 for purposes of this Chapter 11 case is valued pursuant to 11 U.S.C. §506(a) and F.R.B.P 3012 at $0.00 and that Patrick MacIntyre consequently does not have a secured claim based upon this lien;

3. Upon entry of of the Debtor's discharge, the liens of Mike Rosen and Patrick MacIntyre shall be unenforceable and of no effect; and

4. That if the Debtor's case is dismissed or converted to Chapter 7 before confirmation of the Debtor's Plan, the liens shall remain in full force and effect;

5. That this Order shall become part of the Debtor's confirmed Chapter 11 Plan; and

6. Unless provided by separate, subsequent order of this Court, the Liens may not be enforced so long as this order remains in effect.

**END OF ORDER**

ORDER GRANTING DEBTORS'
MOTION TO VALUE COLLATERAL AND
AVOID LIENS

- 2 -

Court Service List

    n/a – all parties are represented by registered e-filers.